UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ARKADIY KHAIMOV,                                    :

                        Petitioner,        :        25-CV-7643 (VSB) (RWL)

          - against -                      :

                                      :        **ORDER**

WARDEN, FCI OTISVILLE,                           :

                      Respondent.        :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Respondent filed his opposition to the petition for habeas corpus on April 3, 2026. If Plaintiff wishes to file a reply, he must do so by **June 15, 2026.** Absent a reply, the Court will determine the motion on the existing record.

                                  SO ORDERED.

                               _____

                               ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2026
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff:

Arkadiy Khaimov
Reg. No. 92361-053
FCI Otisville Satellite Camp
PO Box 1000
Otisville, NY 10963